Gary A. Hamblet, State Bar No. 90250
John S. Na, State Bar No. 193969
MORRIS POLICH & PURDY LLP
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone:  (213) 891 9100
Facsimile:   (213) 488-1178

Attorneys for Defendant
AMERICAN ECONOMY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK E. PATTERSON and KRIS LYNN-PATTERSON, individuals,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMERICAN ECONOMY INSURANCE COMPANY, a Corporation; and Does 1 through 25, inclusive,<br><br>    Defendants. | Case No.: 1:14-CV-01281-GSA<br><br>Removed from Fresno County Superior Court, Case No. 14CECG01988<br><br>**ORDER AMENDING SCHEDULING ORDER**<br><br>Complaint Filed:    July 14, 2014<br>Current Trial Date: March 8, 2016<br><br>(ECF No. 15) |

Upon consideration of the Stipulation to Amend the Scheduling Order submitted by Plaintiffs Patrick E. Patterson and Kris Lynn-Patterson and Defendant American Economy Insurance Company (ECF No. 15); and upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

    1.    Plaintiffs Patrick E. Patterson and Kris Lynn-Patterson and Defendant American Economy Insurance Company's Stipulation to Amend the Scheduling Order is adopted; and

2. The Scheduling Order dated November 19, 2014 is amended as set forth below:

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Non Expert Discovery Cut-off | May 4, 2015 | December 15, 2015 |
| Expert Disclosure | May 11, 2015 | December 22, 2015 |
| Rebuttal Expert Disclosure | June 11, 2015 | January 4, 2016 |
| Expert Discovery Cut-off | July 10, 2015 | January 11, 2016 |
| Non Dispositive Motion Filing | July 24, 2015 | January 25, 2016 |
| Dispositive Motion Filing | October 2, 2015 | March 7, 2016 |
| Pre-Trial Conference | January 7, 2016 11:00 a.m. Courtroom 10 | July 15, 2016 11:00 a.m. Courtroom 10 |
| Trial | March 8, 2016 9:00 a.m. Courtroom 10 | September 13, 2016 9:00 a.m. Courtroom 10 |

IT IS SO ORDERED.

Dated:   **August 19, 2015**                      /s/ Gary S. Austin
                                                              UNITED STATES MAGISTRATE JUDGE