1  Gary A. Hamblet, State Bar No. 90250
   John S. Na, State Bar No. 193969
2  MORRIS POLICH & PURDY LLP
   1055 West Seventh Street, 24th Floor
3  Los Angeles, California 90017
   Telephone:  (213) 891 9100
4  Facsimile:   (213) 488-1178

5  Attorneys for Defendant
   AMERICAN ECONOMY INSURANCE COMPANY

6

7                    UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| PATRICK E. PATTERSON and KRIS LYNN-PATTERSON, individuals,<br><br>     Plaintiffs,<br><br>vs.<br><br>AMERICAN ECONOMY INSURANCE COMPANY, a Corporation; and Does 1 through 25, inclusive,<br><br>     Defendants. | Case No.:  1:14-CV-01281---EPG<br><br>Removed from Fresno County Superior Court, Case No. 14CECG01988<br><br>**ORDER TO AMEND SCHEDULING ORDER**<br><br>[Filed concurrently with Stipulation to Amend Scheduling Order]<br><br>Complaint Filed:    July 14, 2014<br>Current Trial Date: March 8, 2016 |

Upon consideration of the Stipulation to Amend the Scheduling Order submitted by Plaintiffs Patrick E. Patterson and Kris Lynn-Patterson and Defendant American Economy Insurance Company (ECF No. 19); and upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, IT IS HEREBY ORDERED that:

   1.    Plaintiffs Patrick E. Patterson and Kris Lynn-Patterson and Defendant American Economy Insurance Company's Stipulation to Amend the Scheduling Order is GRANTED; and

2. The Amended Scheduling Order dated August 20, 2015 is amended as set forth below:

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Non Expert Discovery Cut-off | December 15, 2015 | March 1, 2016 |
| Expert Disclosure | December 22, 2015 | March 8, 2016 |
| Rebuttal Expert Disclosure | January 4, 2106 | March 18, 2016 |
| Expert Discovery Cut-off | January 11, 2016 | April 1, 2016 |
| Non Dispositive Motion Filing | January 25, 2016 | April 22, 2016 |
| Dispositive Motion Filing | March 7, 2016 | June 10, 2016 |
| Pre-Trial Conference | July 15, 2016 | October 6, 2016[1] |
| Trial | September 12, 2016 | November 29, 2016 |

The Court notes that although the parties have made efforts to conduct some discovery at this point, the Stipulation to Amend the Scheduling Order contains little specificity in describing the additional discovery that the parties plan on conducting. While the Court is willing to grant the current request for an extension, the parties are advised that any future such requests will be viewed with great disfavor.

The Court further SETS a status conference in this case for **February 17, 2016** at **9:30 a.m.** in Courtroom 10 for the parties to provide the Court with an update on the parties' discovery efforts, any anticipated motions, and to address the possibility of a settlement conference or other ADR option.

IT IS SO ORDERED.

Dated:   **December 23, 2015**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Pre-Trial Conference and Trial dates differ from the dates stipulated to by the parties.