Gary A. Hamblet, State Bar No. 90250
John S. Na, State Bar No. 193969
MORRIS POLICH & PURDY LLP
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone:  (213) 891 9100
Facsimile:   (213) 488-1178

Attorneys for Defendant
AMERICAN ECONOMY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK E. PATTERSON and KRIS LYNN-PATTERSON, individuals,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMERICAN ECONOMY INSURANCE COMPANY, a Corporation; and Does 1 through 25, inclusive,<br><br>    Defendants. | Case No.:  1:14-CV-01281 EPG<br><br>Removed from Fresno County Superior Court, Case No. 14CECG01988<br><br>**SECOND ORDER TO AMEND SCHEDULING ORDER**<br><br>[Filed concurrently with Stipulation to Amend Scheduling Order]<br><br>Complaint Filed:    July 14, 2014 |

Upon consideration of the Stipulation to Amend the Scheduling Order submitted by Plaintiffs Patrick E. Patterson and Kris Lynn-Patterson and Defendant American Economy Insurance Company; and upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

1. Plaintiffs Patrick E. Patterson and Kris Lynn-Patterson and Defendant American Economy Insurance Company's Stipulation to Amend the Scheduling Order is GRANTED; and

2. The Amended Scheduling Order dated December 23, 2015 is amended as set forth below:

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Dispositive Motion Filing | June 10, 2016 | March 21, 2016 |
| Non Expert Discovery Cut-off | March 1, 2016 | March 14, 2016 |
| Expert Disclosure | March 8, 2016 | July 1, 2016 |
| Rebuttal Expert Disclosure | March 18, 2016 | July 15, 2016 |
| Expert Discovery Cut-off | April 1, 2016 | August 15, 2016 |
| Non Dispositive Motion Filing | April 22, 2016 | September 2, 2016 |
| Pre-Trial Conference | October 6, 2016 | October 6, 2016 |
| Trial | November 29, 2016 | November 29, 2016 |

All other orders contained in the Scheduling Order dated November 19, 2014 (Doc. 14), remain in full force and effect.

IT IS SO ORDERED.

Dated:   **February 24, 2016**        /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE